# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

G.O.D. Films and Visuals
Ernest Lee Davis II
Linzy Davis
_____,
[You are the PLAINTIFF, print your full name on this line.]

v. The Elkhart County Sheriffs Department
Deputy James Sterling #3A300
Deputy James Bradberry #3A322  Deputy Trevor Grant #3A316

Case Number 3:23-cv-190
[For a new case in this court, leave blank. The court will assign a case number.]

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] James Bradberry #3A322 | 26861 CR. 26 46517 |
| 2 | [Put the names of any other defendants in these boxes.] James Sterling #3A300  Trevor Grant #3A316 | 26861 CR. 26 46517 |
| 3 | Elkhart County Sheriff's Department | 26861 CR. 26 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__
2. What is your address? 1006 Mallard St Bristol IN, 46507

3. What is your telephone number: (574) 361-2442

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Officer Russo #407 came to my families residence with fabricated facts and banged on our door to secure a welfare check. Our children didn't know what was going on as they were door safes. Threatened, I told officers to leave off of my property or I will shoot. My wife (Linzy Davis) was on the phone with dispatch the entire time to leave as well. We denied any wrong doing and just wanted to be left alone in our home. Russo #407 called on a loud speaker drawing out all of our neighbors, who all seen sheriffs pointing rifles at our home. Russo #407 demanded that we come out or they were going to come in. Russo #407 however that he just wanted to talk. Unbeknownst to Russo's #407 coerced nature, Ernest Davis brought his family outside at rifle point. Officers were convinced of a domestic dispute and Russo #407 forced Ernest out of the home by threatening to come in. Trevor Brant 3A 316 cuffed Ernest tightly and put him in the back of the patrol vehicle where the cuff injured his

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

RIGHT WRIST RESULTING IN ARTHROSCOPIC SURGERY. RUSSO #407 CLAIMED INTIMIDATION AND FILED CHARGES. RUSSO #407 CAME BACK TO THE RESIDENCE THE NEXT DAY TO QUESTION LINZY, BECAUSE HE WAS CONCERNED AND CARED. HE LEFT DOMESTIC VIOLENCE PAMPHLETS. EVERYONE IN MY COMMUNITY BELIEVES I AM A WOMAN BEATER AND MY BUSINESS IS RUINED.

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

☒ No.
☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

PAY PAIN & SUFFERING EMOTIONAL DAMAGE VIOLATION OF CIVIL RIGHTS DEFAMATION OF CHARACTER ADVERSE LEGAL EFFECTS. PAY 6 MILLION. RIFLES WERE POINTED AT OUR ENTIRE FAMILY

**FILING FEE** – Are you paying the filing fee?

☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

ED  I will keep a copy of this complaint for my records.
ED  I will promptly notify the court of any change of address.
ED  I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: /s/ Linzy Davis        Date: 3/5/23

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# UNITED STATES DISTRICT COURT
## for the
Northern District of Indiana

_____ Division

Plaintiff(s):
G.O.D Films and Visuals
Ernest Lee Davis II
Linzy Davis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s):
The Elkhart County Sheriff's Department
James Sterling #3A300
James Bradberry #3A322   Trevor Grant #3A316

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**FILED 2023 MAR -6 AM 6:52 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA**

**FILED 2023 MAR 7 AM 5:46 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA VOID**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: G.O.D Films AND Visuals Ernest Lee Davis II, Lenzy Davis
Address: 1006 Mallard St
City: Bristol   State: IN   Zip Code: 46507
County: Elkhart County
Telephone Number: (574) 361-2442
E-Mail Address: thedavis101215@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Trevor Brado
Job or Title (if known): Sheriff
Address: 26861 CR 26
City: Elkhart   State: IN   Zip Code: 46517
County: Elkhart
Telephone Number: 574 891 2300
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

**Defendant No. 2**
Name: James Ferudo
Job or Title (if known): Sheriff
Address: 26861 CR 26
City: Elkhart   State: IN   Zip Code: 46517
County: Elkhart
Telephone Number: 574 891 2300
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Defendant No. 3
  Name: James Bradberry
  Job or Title (if known): Sheriff
  Address: 26861 CR 26
  City: Elkhart    State: IN    Zip Code: 46517
  County: Elkhart
  Telephone Number: 574 891 2300
  E-Mail Address (if known):

  [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name: Elkhart County Sheriff's Department
  Job or Title (if known): Sheriff's Office
  Address: 26861 CR 26
  City: Elkhart    State: IN    Zip Code: 46517
  County: Elkhart
  Telephone Number: 574 891 2300
  E-Mail Address (if known):

  [ ] Individual capacity   [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

United States v. Blitch, 773 F.3d 837, 844
New York v. Harris 495 U.S. 14 (1990)
United States v. Richardson, 208 F.3d 626, 629 (7th Circuit 2000), quoting United States v.
4th Amendment Rights, Title VII Civil Rights, F.3d 1300, 1304 (7th Circuit 1993)
Walls, 225 F.3d at 863

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Section 242 of Title 48. All officers deprived my family of our 4th Amendment Rights.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Our Home

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 3rd around 7:30pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Statement of claim

C. Sheriff's overstepped a Welfare check and escalated the situation from banging on my door to getting on the loud speaker attracting neighbors while rifles were aimed at our children and 4 month old daughter. Officers told us if we didn't come they were going to come in. I was overly emotional from all my run ins with law enforcement and made threats to lawfully protect my home and family. My wife and I reassured dispatch as well police that everything was fine, however I was forced to come outside. Unbeknownst to me Officer Russo #407 of The Bristol Police Department was intimidated, yet insisted for me to come out and threatened to come in arrested me for intimidating him. Officers and sheriff's were convinced that I hit my wife and wrote up a false report and told the whole community that I hit my wife and it has cause severe adverse legal effects for Ernest as well as emotional damage for the whole family. The whole family is going through a criminal case because of how officers felt and not what they knew. Ernest was cuffed tightly and thrown in the back of Deputy Grant's Sheriff's car where Ernest sustained a wrist injury and had to undergo arthroscopic surgery and is still currently testing for more nerve damage with ongoing physical therapy. Officer Russo came back the next day and questioned Linzy Davis, pushing that Ernest Davis assaulted her. Officer Russo #407 led all officers and sheriff's right into a standoff situation due to him being emotionally fueled by what he assumed to be true. Even Corporal Cory Oswald didn't try to stop the direct, threatening, coercive, nature that has literally ripped out family apart.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

During my arrest, officer Grant intentionally handcuffed me too tight, causing harm. I yelled out in pain and they did not loosen the cuffs around my wrist. This resulted in an injury to my right wrist. When released from jail I went to an urgent care who referred me to OSMC. My wrist was bruised, swollen and very painful and tender to touch. I received an MRI through OSMC determining I need surgery for a torn tendon. I had surgery at Elkhart General on 12/7/2022. I have participated in extensive hand therapy at OSMC due to ongoing pain and weakness even after surgery. I have been prescribed many different medications in hopes for relief, but have not been effective. I also had an EMG test 3/2/23 due to ongoing nerve pain. With all the treatment I have received I still have much pain and difficulty with my right wrist all the way to my shoulder.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plantiffs are asking for the amount of 6 million dollars for pain and suffering. Misconduct for all officers for pointing rifles at our children and us. Forcing us outside, even after my wife had notified officers via telephone that everything was okay, as well as coming to the front door as officers requested/demanded. The stress of court. The adverse legal effects this has taken on my oldest daughter who was not even present this day. I have had supervised visitation for almost one year. I have had many doctors appointments, medications, hand therapy, testing and even surgery to my right wrist due to the police officer purposely making my handcuffs too tight even after I yelled out in pain, due to them believing I had hit my wife causing the welfare check. I still even after surgery have permanent damage to my right wrist. They have labeled me as a wife beater and embarrassed me in front of my entire community and neighborhood, that I work hard in to inspire to make a change. My business has ceased due to how the Bristol Police Dept. mishandled this with complete negligence. The plantiffs respectfully requests the court to adopt this motion

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-6-23

Signature of Plaintiff: _[signature]_ _[signature]_
Printed Name of Plaintiff: ERNEST DAVIS   LINZY DAVIS

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          _____
          City          State          Zip Code
Telephone Number: _____
E-mail Address: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana
South Bend Division

| | |
|---|---|
| G.O.D Films & Visuals<br>Ernest Lee Davis II<br>Linzy Davis<br><br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>The Elkhart County Sheriff Department<br>Deputy Jamie Sterling #3A300<br>Deputy James Bradberry #3A322<br>Deputy Trevor Grant #3A316<br><br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3.23cv-190<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one)  ☒ Yes  ☐ No |

FILED 2023 MAR -6 AM 6:53
FILED 2023 MAR -6 AM 5:51 VOID

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Ernest & Linzy Davis |
   | Street Address | 1006 Mallard Dr. |
   | City and County | Bristol Elkhart County |
   | State and Zip Code | Indiana 46507 |
   | Telephone Number | 5743612442 |
   | E-mail Address | thedavis101215@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | James Bradberry |
| Job or Title (if known) | Sheriff |
| Street Address | 26861 Co Rd. 26 |
| City and County | Elkhart Elkhart County |
| State and Zip Code | Indiana 46517 |
| Telephone Number | 5748912300 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Trevor Grant |
| Job or Title (if known) | Sheriff |
| Street Address | 26861 Co Rd. 26 |
| City and County | Elkhart Elkhart County |
| State and Zip Code | Indiana 46517 |
| Telephone Number | 5748912300 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Jamie Sterling |
| Job or Title (if known) | Sheriff |
| Street Address | 26861 Co. Rd. 26 |
| City and County | Elkhart Elkhart County |
| State and Zip Code | Indiana 46517 |
| Telephone Number | 5748912300 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | The Elkhart County Sheriffs Department |
| Job or Title (if known) | Sheriff Office |
| Street Address | 26861 Co Rd. 26 |
| City and County | Elkhart Elkhart County |
| State and Zip Code | Indiana 46517 |
| Telephone Number | 5748912300 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address (if known) _____

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States v. Blitch, 773 F.3d 837, 844
New York v. Harris, 495 U.S. 14 (1990)
United States v. Richardson, 208 F.3d 626, 629 (7th Circuit 2000), quoting United States v. Arch, 7 F.3d 1300, 1304 (7th Circuit 1993)
Walls, 225 F.3d at 863,

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, (name) Ernest Lee Davis II & Linzy Davis, is a citizen of the State of (name) Indiana.

    b. If the plaintiff is a corporation
       The plaintiff, (name) G.O.D. Films & Visuals, is incorporated under the laws of the State of (name) Indiana, and has its principal place of business in the State of (name) Indiana.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, (name) Trevor Gramt , is a citizen of the State of (name) Indiana . Or is a citizen of (foreign nation) United States .

b. If the defendant is a corporation

The defendant, (name) Elkhart County Sheriffs Department , is incorporated under the laws of the State of (name) Indiana , and has its principal place of business in the State of (name) Indiana . Or is incorporated under the laws of (foreign nation) United States , and has its principal place of business in (name) Indiana .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

6 million

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Sheriff's overstepped a Welfare check and escalated the situation from banging on my door to getting on the lound speaker attracting neighbors while rifles were aimed at our children and 4 month old daughter. Officers told us if we didn't come they were going to come in. I was overly emotional from all my run ins with law enforcement and made threats to lawfully protect my home and family. My wife and I reassured dispatch as well police that everything was fine, however I was forced to come outside. Unbeknownst to me Officer Russo #407 of The Bristol Police Department was intimidated, yet insisted for me to come out and threatened to come in arrested me for intimidating him. Officers and sheriff's were convinced that I hit my wife and wrote up a false report and told the whole community that I hit my wife and it has cause severe adverse legal effects for Ernest as well as emotional damage for the whole family. The whole family is going through a criminal case because of how officers felt and not what they knew. Ernest was cuffed tightly and thrown in the back of Deputy Grant's Sheriff's car where Ernest sustained a wrist injury and had to undergo arthroscopic surgery and is still currently testing for more nerve damage with ongoing physical therapy. Officer Russo came back the next day and questioned Linzy Davis.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plantiffs are asking for the amount of 6 million dollars for pain and suffering. Misconduct of all officers pointing rifles at our children and us. Forcing us outside. The stress of court. The adverse legal effects this has taken on my daughter. I have had supervised visitation for almost a year. I got my door banged on and was ordered out of my home at gun point in front of my entire neighborhood and labeled as a wife beater NY my entire town. The embarrassment is too much. We've gone to therapy for this as well. How can Officer Russo take me to jail but come question my wife the next day? My business has ceased due to how The Elkhart Sheriffs complete and direct negligence. The Plantiffs respectfully requests this court to adopt this said motion.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-26-23

Signature of Plaintiff: *[signatures]*
Printed Name of Plaintiff: ERNEST DAVIS   Linzy Davis

B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   State and Zip Code    _____
   Telephone Number    _____
   E-mail Address     _____